FILED

JUN 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: UNITED STATES OF AMERICA, <br><br> ———————————— <br><br> UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, RENO, <br><br> Respondent, <br><br> WALKER RIVER IRRIGATION DISTRICT; et al., <br><br> Real Parties in Interest. | No. 14-71408 <br><br> D.C. No. 3:73-cv-00127-RCJ-WGC <br><br> MEMORANDUM[*] |

On Petition for Writ of Mandamus to the United States District Court for the
District of Nevada
Robert Clive Jones, District Judge, Presiding

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Argued January 16, 2015 and Submitted June 29, 2015
San Francisco, California

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

The petition of the United States for a writ of mandamus to the district court is denied without prejudice in light of the opinion handed down in *United States v. U.S. District Court*, No. 14-70486.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).